IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLABRUS INC., | No. C 07-01097 SI |
|     Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| EDIFECS INC., | |
|     Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/02/07 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 11/09/07.

DESIGNATION OF EXPERTS: 11/30/07; REBUTTAL: 12/21/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 01/18/08.

DISPOSITIVE MOTIONS **SHALL** be filed by 02/08/08;

    Opp. Due 02/22/08; Reply Due 02/29/08;

    and set for hearing no later than 03/14/08 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 04/08/08 at 3:30 PM.

JURY TRIAL DATE: 04/21/08 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/14/07

SUSAN ILLSTON
United States District Judge